# **Exhibit 1**

## Articles of Conversion
### For
### Converting Eligible Entity
### Into
### Florida Profit Corporation

The Articles of Conversion **and attached Articles of Incorporation** are submitted to convert the following eligible business entity into a Florida Profit Corporation in accordance with ss. 607.11933 & 607.0202, Florida Statutes.

1. The name of the Converting Entity immediately prior to the filing of the Articles of Conversion is:

NAIROBI 1932 LLC _____.
                          Enter Name of the Converting Entity

2. The converting entity is a LIMITED LIABILITY COMPANY   L21000353933
                (Enter entity type. Example: limited liability company, limited partnership, general partnership, common law or business trust, etc.)

first organized, formed or incorporated under the laws of FLORIDA _____
                (Enter state, or if a non-U.S. entity, the name of the country)

on AUGUST 5, 2021 _____.
                Enter date "Converting Entity" was first organized, formed or incorporated.

3. The name of the Florida Profit Corporation as set forth in the **attached Articles of Incorporation:**

NAIROBI 1932, INC. _____.
                Enter Name of Florida Profit Corporation

4. This conversion was approved by the eligible converting entity in accordance with this chapter and the laws of its current/organic jurisdiction.

5. If not effective on the date of filing, enter the effective date: AUGUST 5, 2021 _____.
(**The effective date: Cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State.**)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.


2021 OCT 13 PM 12:48

Signed this <u>23RD</u> day of <u>AUGUST</u>, 20<u>21</u>.

**Required Signature for Florida Profit Corporation:**

Signature of Director, Officer, or, if Directors or Officers have not been selected, an Incorporator:

_____

Printed Name: <u>SEMIR R. NAYAR</u>   Title: <u>PRESIDENT</u>

**Required Signature(s) on behalf of Converting Florida partnerships, limited partnerships, and limited liability companies:** [See below for required signature(s).]

Signature: _____

Printed Name: <u>SEMIR R. NAYAR</u>   Title: <u>MEMBER</u>

Signature: _____

Printed Name: _____ Title: _____

Signature: _____

Printed Name: _____ Title: _____

Signature: _____

Printed Name: _____ Title: _____

Signature: _____

Printed Name: _____ Title: _____

Signature: _____

Printed Name: _____ Title: _____

**If Florida General Partnership or Limited Liability Partnership:**
Signature of one General Partner.

**If Florida Limited Partnership or Limited Liability Limited Partnership:**
Signatures of **ALL** General Partners.

**If Florida Limited Liability Company:**
Signature of a Member or Authorized Representative.

**All others:**
Signature of an authorized person.

**Fees:**
| | |
|---|---|
| Articles of Conversion: | $35.00 |
| Fees for Florida Articles of Incorporation: | $70.00 |
| Certified Copy: | $8.75 (Optional) |
| Certificate of Status: | $8.75 (Optional) |

ARTICLES OF INCORPORATION
FOR RESULTING FLORIDA PROFIT CORPORATION
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

### *ARTICLE I*   *NAME*
The name of the corporation shall be: NAIROBI 1932, INC.

### *ARTICLE II*   *PRINCIPAL OFFICE*
The principal place of business/mailing address is:

Principal street address
6735 CONROY WINDERMERE RD. STE 313
ORLANDO, FL 32835

Mailing address, if different is:

### *ARTICLE III*   *PURPOSE*
The purpose for which the corporation is organized is:

TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH CORPORATIONS MAY BE

ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA.

### *ARTICLE IV*   *SHARES*
The number of shares of stock is: 100

### *ARTICLE V*   *OFFICERS AND/OR DIRECTORS*

Name and Title: SEMIR R. NAYAR, PRESIDENT

Address:    6735 CONROY WINDERMERE RD. SUITE 313

ORLANDO, FL 32835

2021 OCT 13 PM 12:49

### *ARTICLE VI   REGISTERED AGENT*
The **name and Florida street address** (P.O. Box NOT acceptable) of the registered agent is:

Name:    SEMIR R. NAYAR

Address:    6735 CONROY WINDERMERE RD. SUITE 313

   ORLANDO, FL 32835

************************************************************************

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

_____
Required Signature/Registered Agent

8/23/2021
Date