# **Exhibit 2**

| | |
|---|---|
| From: | Semir Nayar |
| To: | Lori Austin |
| Cc: | William Lovin |
| Subject: | Re: When did you acquire titlegenius.com? When did you route it to your main website? Is there another website that it will point to? |
| Date: | Thursday, January 13, 2022 9:01:36 PM |

01/27/2020



24/7 Support: +1 (480) 505-8877
Semir Nayar — Customer Number: 39193547
Set my Support PIN



## Thanks for your order, Semir.

Here's your confirmation for order number 1624299838. Review your receipt and get started using your products.

**Order Number: 1624299838**

| Product | Quantity | Term | Price |
|---|---|---|---|
| Auctions Domain Transaction Assured<br>titlegenius.com | 1 Domain | | $3,999.00 |
| .COM Domain Transfer<br>titlegenius.com | 1 Domain | 1 Year | $8.17 |
| | | Subtotal: | $4,007.17 |
| | | Tax: | $0.00 |
| | | Total: | $4,007.17 |



View Full Receipt

21:58

Inbox

Found in Fci rick Inbox

GoDaddy    1/27/20
To: Rick Nayar

Domain Transfer

# Domain Transfer Confirmation.



24/7 Support: +1 (480) 505-8877

Semir Nayar — Customer Number: 39193547

## Congrats, Semir. Your transfer's finished.

Now you can manage the following domains in your account:

**titlegenius.com**

Attach the domains to websites, email accounts or even point them to your social





24/7 Support: +1 (480) 505-8877

Semir Nayar — Customer Number: 39193547

Congrats, Semir. Your transfer's finished.

