# Exhibit 3



LIMITED SEATS AVAILABLE

# MASTER KEY SESSIONS

## WE'RE INVITING THE BEST.
## TO COME HEAR FROM THE BEST.

You've been selected to join other top local area agents in hearing best-practice expertise & advice on growing your business. This session, come listen to **Rick Nayar** talk about the Perfect Listing Presentation.

Session Topic:
Crafting the Perfect Listing

Date
Sept. 16, 2020

Time
945am to 1145am

Location
1575 pine ridge rd, unit 10
Naples Florida

INVITATION ONLY

For more information or to register for the event, contact:

Melissa Martin
PH 239.449.4466

THIS SESSION BROUGHT TO YOU BY

TitleGenius™
Powered by Vidclose

