# Exhibit 4

# SWFL REAL PRODUCERS®
### CONNECTING. ELEVATING. INSPIRING.

## Finally! We know you've been anxiously awaiting...

### Get excited about SWFL Real Producers' big launch party!

**SPECIAL THANKS**
to our Platinum Preferred Partner

**TitleGenius™**
Powered by Vidclose



## You're invited!  Oct 7th, 2020.

This event is exclusively for the Top 500 agents in the area and their teams, along with our preferred partners.

We bring together the most influential agents and business partners in the real estate sector to network and socialize together. The best of the best together in one room — learning, masterminding, and just taking a break and having some fun together.

Plan to join us at **Cintron Custom Homes'** beautiful, brand new construction listing in Naples for an evening of cocktails, hors d'oeuvres, fast cars brought to you by Porsche Naples (for your viewing pleasure), art by Balanced Images, and raffles to benefit the American Cancer Society and the Wounded Warriors of Collier County.

### Please Register for the Event

*This is a private event so please register via this invitation.* For more information or questions about SWFL Real Producers events, email Andrew Regenhard at andrew.regenhard@realproducersmag.com or Kimmy Curry at kim.curry@realproducersmag.com.

We look forward to seeing you at the launch party!

Gold & Silver Sponsors

    



# TitleGenius™
Powered by Vidclose

## USE OUR REAL REBATE PROGRAM
To save your clients up to 20% on their Title Policy

This program has saved buyers & sellers $1,237,377 so far *

## We Present
CONCIERGE TITLE SERVICES

## WHY USE US?


**COMMUNICATION**
You don't need to babysit your files, we over communicate throughout


**RELIABILITY**
Our team has closed over 37,000 transactions


**CONVENIENCE**
We close anytime, anywhere, anyplace, using real closers not notaries


**LAWYERS**
Part of our representation includes our attorneys working on each file

## SPECIAL EVENT
Attend our upcoming event with REAL PRODUCERS, OCTOBER 7, 2020, and get a **FREE PROFESSIONAL HEADSHOT**.
For more information or to register for the event, contact:




Melissa Martin
1575 Pine Ridge rd, suite 10, Naples Florida.
PH 239.449.4466

*Results may vary