# **Exhibit 6**

 businesswire
A BERKSHIRE HATHAWAY COMPANY

HOME   SERVICES   NEWS   EDUCATION   ABOUT US      Search      Log In   Sign Up

# Radian Debuts Innovative Title Insurance and Closing Services Offering, titlegenius by Radian

*New Blockchain-backed Technology Offers Better, Faster Way to Close on Home Purchases*



titlegenius by Radian, a direct-to-consumer service that provides a simple, transparent and secure way to order title insurance and closing services online. (Photo: Business Wire)



June 10, 2021 04:30 PM Eastern Daylight Time

PHILADELPHIA--(BUSINESS WIRE)--Radian Group Inc. (NYSE: RDN) announced the launch of titlegenius by Radian, a direct-to-consumer service that provides a simple, transparent and secure way to order title insurance and closing services online.* Backed by patent-pending technology solution built on blockchain, titlegenius is the first in a series of "genius"-branded services the company is bringing to market to reimagine the way customers interact with the real estate services market. titlegenius debuted in Florida in May and the company is planning to expand it to additional states in the coming months.

"titlegenius by Radian gives homebuyers control over the closing process through a fully digital experience that removes uncertainty, ensures timely communication, is competitively priced and lightens the financial burden on borrowers"

 Tweet this

At www.mytitlegenius.com, consumers will have access to Radian's blockchain-enabled online portal that empowers them to shop for and save on title and closing services directly. The portal provides easy-to-use tools that range from remote check capture to online notarization, enabling homebuyers to proceed through the closing process more quickly and confidently than ever before.

"titlegenius by Radian gives homebuyers control over the closing process through a fully digital experience that removes uncertainty, ensures timely communication, is competitively priced and lightens the financial burden on borrowers," said Senior Executive Vice President, Chief Franchise

---

## radian

**RADIAN GROUP INC.**
NYSE:RDN

### More News

**July 10, 2023**
Radian to Webcast Second Quarter Conference Call

**June 20, 2023**
Radian to Host Investor Day Today

**May 18, 2023**
Radian Appoints Sumita Pandit as Chief Financial Officer

### Contacts

**For Investors:**
John Damian - Phone: 215.231.1383
email: john.damian@radian.com

**For the Media:**
Rashi Iyer - Phone 215.231.1167
email: rashi.iyer@radian.com