

USPS Click-N-Ship®

9471 2301 0935 5000 4312 23 0249 0001 0003 2801

US POSTAGE
U.S. POSTAGE PAID
Click-N-Ship®

08/01/2023  Mailed from 75034

**PRIORITY MAIL EXPRESS®**

William Lovin & Assoc., LLC
William Lovin Esq.
2591 DALLAS PKWY STE 300
FRISCO TX 75034-8563

08/02/2023

RDC 07
C016

Attn: Intake Dept.
Clerk of US District Court
401 W CENTRAL BLVD
ORLANDO FL 32801-0401

**USPS TRACKING #**

9471 2301 0935 5000 4312 23




PRIORITY MAIL EXPRESS™
FASTEST SERVICE IN THE U.S.
FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

- GUARANTEED DELIVERY
- GUARANTEED DELIVERY
- USPS TRACKING™ INCLUDED
- INSURANCE INCLUDED
- PICKUP AVAILABLE
- SIGNATURE INCLUDED

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP13F May 2013  OD: 12.5 x 9.5


001000006

* Money Back Guarantee to U.S., select international destinations. See DMM and IMM at postalpro.usps.com
† Money Back Guarantee for U.S. destinations only.


VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

  
UNITED STATES POSTAL SERVICE®



