# William Lovin & Assoc., PLLC
## Intellectual Property Attorneys

2591 Dallas Parkway, Suite 300, Frisco, Texas 75034
Tel: 469-252-7007     Fax: 469-252-7008

October 17, 2023

Judge Conway:

In re: Written Response as To Why Sanctions Should Not Be Imposed

    Plaintiff Nairobi 1932, Inc. filed case 6:23-cv-01490 (Nairobi 1932, Inc. vs. Radian Group, Inc.) on August 3, 2023.

    The day <u>before</u> (August 2, 2023) Plaintiff's lead attorney (William R. Lovin, Esq.) paid the Pro Hac Vice fee of $150.00 to the Clerk of the Court.

    Due to an employee that was employed by the Clerk's office for a "short period of time" the payment was not docketed to the case. The payment was not docketed to the case until October 13, 2023. It is now reflected in the history of the case.

    Because of this, the Plaintiff's attorney was unable to file any documents (including the Pro Hac Vice E-Filing) in CM/ECF. This was filed today, October 17, 2023.

    I apologize profusely for this oversight.

William Lovin, Esq.

wlovin@williamlovin.com
USPTO Reg. No. 67632
Texas Bar No: 24076519

**Dallas**
2591 Dallas Parkway, Ste. 300
Frisco, Texas 75034

**Orlando**
4700 Millenia Blvd,. Suite 175
Orlando, Florida 32839

**San Jose**
2470 N. First St,. Second Floor
San Jose, California 95131